In the Matter of ROSEMARY CHINYE OKOLIE TORIOLA, Petitioner, v CHARLES J. THOMAS, Respondent. [933 NYS2d 564]—

The underlying motion was determined in an order of the Supreme Court, Queens County, dated November 17, 2009. Accordingly, this proceeding has been rendered academic. Rivera, J.P., Eng, Belen and Austin, JJ., concur.